**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**(TAMPA DIVISION)**

INTERNATIONAL FIDELITY INSURANCE
COMPANY, a foreign corporation,

    Plaintiff,

vs.                                  CASE NO: 8:09-CV-893-JDW-MAP

LIBERTY PASADENA, L.L.C.,
a Florida limited liability company,
PUTNEY WHARF EQUITIES, LLC,
a Florida limited liability company,
KETKI SHAH, individually,
RAXIT SHAH, individually,
PUNIT SHAH, individually,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

Pursuant to Rule 3.08 of the Rules of the United States District Court for the Middle District of Florida, the Plaintiff, by and through its counsel, hereby notifies the Court that the above-referenced matter has been settled, subject to the parties' execution of a final settlement agreement. The undersigned has been authorized to represent that the Defendants agree with the filing of this notice.

Respectfully submitted,

  /s/ *Helen H. Albee*
Helen Heim Albee, Trial Counsel
Florida Bar No. 987247
Joseph F. DeBelder
Fla. Bar No. 193800
Joy P. Behan
Florida Bar No. 0044777
HENRICHSEN SIEGEL, P.L.L.C.
1648 Osceola Street
Jacksonville, Florida 32204
(904) 381-8183
(904) 381-8191 Facsimile

## CERTIFICATE OF SERVICE

I HEREBY certify that a copy of the foregoing Notice of Settlement has been filed this 11th day of January, 2010 with the United States District Court, Middle District of Florida by using the CM/ECF system, which notice of electronic filing will be electronically mailed to Leonard S. Englander, Esq. and D. Michael Arendall, Esq., Englander & Fischer, P.A., 721 First Avenue North, St. Petersburg, Florida 33701.

  /s/ *Helen H. Albee*
Helen H. Albee